IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:23-CV-181-D-RJ

| | |
|---|---|
| COLORADO BANKERS LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| ACADEMY FINANCIAL ASSETS, LLC, | )<br>)<br>) |
| Defendant. | ) |

This matter is before the Court upon Plaintiff Colorado Bankers Life Insurance Company's ("CBL") Consent Motion to Stay and Alternative Motion to Continue Deadlines.

For good cause shown, it is ORDERED that CBL's Consent Motion to Stay is hereby GRANTED. All proceedings in the above-captioned case shall be stayed until this Court resolves the cross motions for summary judgment in the related, consolidated matters also pending before this Court in *Colorado Bankers Life Ins. Co. v. Acad. Fin. Assets, LLC*, 5:20-CV-474-D (E.D.N.C.).

CBL's Alternative Consent Motion to Continue Deadlines is hereby DENIED AS MOOT.

SO ORDERED. This the 17 day of June, 2024.

JAMES C. DEVER III
United States District Judge